# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAMES E. NOBLES, § | |
|     Plaintiff, § | |
| § | 3:10-CV-1457-D |
| v. § | |
| § | |
| FARMERS BRANCH POLICE DEPT. § | |
| ET AL., § | |
|     Defendants. § | |

## ORDER

After conducting *de novo* review, the court concludes that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

August 31, 2010.

                                                        _____
                                                      SIDNEY A. FITZWATER
                                                      CHIEF JUDGE